UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

NORMAN DACK,

    Plaintiff,

    v.

Mr. WELCH and Mr. PEA,

    Defendants.

Case No. C05-5257RBL

ORDER TO SHOW CAUSE

    This civil rights action has been referred to the undersigned Magistrate Judge pursuant to Title 28 U.S.C. § 636(b)(1)(B). The plaintiff has been granted leave to proceed *in forma pauperis*. On July 11th, 2005 mail sent to plaintiff by the court was returned as undeliverable with a notation "inactive" written on the envelope. (Dkt. # 8). Plaintiff has not provided any other address.

    Local Rule 42 (b) (2) provides for dismissal without prejudice for a pro se case were the court has received returned mail for a plaintiff and there is no forwarding address. The plaintiff had 60 days from July 11th, 2005 to provide a new address. That has not happened and the court believes plaintiff may no longer be in custody and has not kept the court or opposing counsel aware of a current address.

    The court now orders plaintiff to provide a current address on or before **October 21st. 2005** or the court will recommend this action be dismissed without prejudice in accordance with Local

ORDER - 1

Rule 42 (b) (2).

      The Clerk is directed to send a copy of this Order to plaintiff and counsel who have appeared.

      DATED this 19th day of September 2005.

/s/ Karen L. Strombom
Karen L. Strombom
United States Magistrate Judge

ORDER - 2