FILED _____ LODGED
_____ RECEIVED

NOV 21 2005

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

NORMAN J. DACK,

    Plaintiff,

v.

JOHN DOE WELCH et al.,

    Defendants.

Case No. C05-5257RBL

ORDER ADOPTING REPORT AND RECOMMENDATION

The Court, having reviewed Plaintiffs' complaint, the Report and Recommendation of Magistrate Judge Karen L. Strombom, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and ORDER:

(1)    The Court adopts the Report and Recommendation;

(2)    This action is **DISMISSED WITHOUT PREJUDICE** for failure to keep the court apprised of a current address as required by Local Rule 41 (b) (2).

(3)    Clerk is directed to send copies of this Order to plaintiff, counsel for any defendants who have appeared, and to the Hon. Karen L. Strombom.

DATED this 21st day of November, 2005.

Ronald B. Leighton
United States District Judge

ORDER
Page - 1

05-CV-05257-ORD